The defendant was tried for the crime of grand larceny. In the final argument of the cause, the District Attorney commented upon the fact that the defendant had not presented herself as a witness in her own behalf, and argued that the circumstance was one tending strongly to prove her guilt. The counsel for the defendant objected to such argument; but the Court permitted it, and indicated approval thereof. The defendant was convicted, and appealed.

*J. S. Brown* and *J. C. Goods*, for the Appellant.

*Attorney-General Hamilton*, for the People.

By the COURT:

The Court erred in permitting the District Attorney (against the objection of defendant's counsel) to argue that the failure of defendant to become a witness was to be considered by the jury as a circumstance tending to prove her guilt, and in approving of such action of the prosecuting officer. (Penal Code, sec. 1323; *People* v. *Tyler*, 36 Cal. 522.)

Judgment and order reversed, and cause remanded for a new trial. Remittitur forthwith.

---

[No. 10,331.]

## THE PEOPLE *v.* ANTOINE MORINO.

DEGREE OF EVIDENCE IN CRIMINAL CASE.—In a criminal case the jury must be satisfied beyond a reasonable doubt that every fact essential to constitute the offense charged has been proved.

APPEAL from the District Court of the Tenth Judicial District, Colusa County.

The defendant was tried and convicted of the crime of murder, whereupon he appealed. The other facts are stated in the opinion.

*A. L. Hart*, for the Appellant.

*Attorney-General Hamilton*, for the People.

By the Court:

The Court below erred in refusing the instruction asked by defendant's counsel: " Before the jury can convict defendant, they must be entirely satisfied, and beyond a reasonable doubt, that deceased, Gardiner, died from the effect of wounds inflicted by defendant, and did not die from any other cause."

In a criminal case the jury must be satisfied beyond a reasonable doubt that every fact essential to constitute the offense charged has been proved.

Judgment and order reversed, and cause remanded for a new trial.